— AMENDED COMPLAINT —

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Neal Hollingsworth,

Plaintiff

vs.

Dr. Brett Josie (M.D for Mend Correctional Care)
~~Guard~~ Chris Omelia (Rock Island Sheriffs Office)
Stephanie (unknown nurses last name)
Sargent. Allen (Rock Island Sheriffs Office)
Mend Correctional Care
Lisa (unknown nurse)/ Last name

Defendant(s)

Case No. 21-4013
*(The case number will be assigned by the clerk)*

FILED
MAY 10 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Neal Hollingsworth

Prison Identification Number: —

Current address: 1317 3rd Ave Rock Island IL 61201

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Brett Josie

Current Job Title: M.D Rock Island County Jail (Medical Doctor)

Current Work Address: 1317 3rd Ave Rock Island IL 61201

Defendant #2:

Full Name: Stephanie (unknown) (female)

Current Job Title: Full time Nurse here in the Jail I've requested her last name but was denied by captin Jens Lape for security purposes.

Current Work Address: 1317 3rd Ave Rock Island IL 61201

Defendant #3:

Full Name: Mend Correctional Care

Current Job Title: Health care providers of the Jail

2

Current Work Address: 1317 3rd Ave RockIsland IL 61201

~~[scribbled out]~~

Defendant #4:

Full Name: Sargent Allen (first name unknown)

Current Job Title: Shift Commander Sargent (RockIsland Sheriffs det)

Current Work Address: 1317 3rd Ave RockIsland IL 61201

Defendant #5:

Full Name: Chris Omelia

Current Job Title: c/o Officer for the Jail (RockIsland Sheriffs office)

Current Work Address: 1317 3rd Ave RockIsland IL 61201

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

   *The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? __0__   Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

    _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒ No ☐

If your answer is no, explain why not During my quarentine I made several Requests about med needs but the Requests were never answered and Returned.

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Rock Island County Jail

4

Date(s) of the occurrence  NOV-19-2020

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

**Claim 1 Cruel & Unusual Punishment & Deliberate Indifference**

Around or about 19-2020 I made it aware to a nurse (Lisa) I was having Covid 19 symptoms. Mind you I was amongst the first cases. Later that day I was moved from a population pod to a single cell in booking, & booking isn't a place for any inmate suffering from a serious medical condition. Booking is downstairs segregated, usually for long term psycos & drunk & belligerent individuals coming in and out throughout the nights into the days. Its very inhumane w/ a combination of spit, urine, old food, & feces throughout the cell. I was quarantined at that point as any covid patient should've been. Instead for 5 days I was left for dead as I felt w/a recorded 102° temp, aches & pains. I was refused a shower for 5 days in a row by the Sargent "Allen" & also by Chris Omelia (C.O.) This went even more south w/ the denial of cleaning supplies. Also by them two officers on multiple days. This is a clear violation of my 8th Amendment. As Cruel & Unusual Punishment. When I was suffering from a very serious med. condition that was killing millions I was placed in a booking cell that wouldn't suit an animal. I was refused a shower, & a clean cell. This also constitutes Deliberate indiff. to a serious medical need. I was treated like an outcast. The emotion stress from this worsend my symptoms

**Claim 2**

Head Dr. Brett Josie was made aware of this through his nursing staff including A.C.N.A named Stephanie who took my temp & tested me POSITIVE for covid. I was told by this nurse that this info was to be forwarded to Dr Josie & he will follow up soon. A follow up never came. This is unheard of. My med

5

**Claim 2 Deliberate indifference & cruel & unusual punishment**

Records show that I suffer from upper respitery problems & that I am athsmatic. Considering these facts alone Dr. Josie shoulve taken my case a little more serious since Covid was targeting these people w/ upper respitery issues. Also this nurse Stephanie told me personally I was the first male to contract Covid. Dr. Josie was well aware of this all. The placement (booking seg cell), my past history w/ upper respitery & asthma, as well as my temp (102°) & symptoms. All of this was recorded & reported to him, through his med staff Stephanie. It was also Dr. Josie who recomended me quarentened to the booking cell because the Rock Island Sheriff's office wasn't prepared on this level for a mass breakout of Covid. This too was told to me by this nurse Stephanie. Being that Dr. Josie had full knowledge as stated above, constitutes deliberate indifference to a serious medical need & also cruel and unusual punishment for not taking my case of Covid as serious as a non-prisoner/pretrial detainee. He never followed up in consideration for my diagnosis nor did he ever prescribe me any medication for the symptoms. I made nurse Stephanie aware of, in which she was to inform Dr. Josie.

**Claim 3 Deliberate indifference & (violation of 8th amendment right)**

Given the fact I was told by Stephanie (nurse) that I was the first person/male to contract Covid & she was going to relay her findings of a positive Covid test, temp & symptoms to her higher up (Dr. Brett Josie) who would then have to report to the health care administrator for Mend Correctional Care. Im also adding Mend Correctional Care for being indifferent to this serious medical need. The head health care administrator had full knowledge making them responsible for the deprivation of my rights. I went through the worst w/ the Covid. At times I felt if I was going to stop breathing if I fell asleep. I was left in quarentine for 20 days w/out anything to calm the aggressive symptoms I was enduring. I wasn't able to voice myself in hopes of better treatment. The treatment plan was simply

Everyone within the Rock Island Sheriff office had full knowledge of my issue. While I was found positive w/ covid & thrown into cell of unspeakable filth, normal non-prisoners who contracted covid were placed on ventilators, given a comfortable place to suffer & meds to comfort their suffering. If I had known I was going to suffer as I did, placed on another form of punishment, what a treatment plan! Probably would've hid the facts I was positive. I knew immediately from my symptoms I was positive. For the sake of everyone else on that population pod I reported my symptoms. And for that I suffered for 2 weeks. 2 weeks w/ guards saying "Put in a kite", or ignoring me in a whole. On multiple occasions I put in requests & they were never answered & returned. It was no secret, the first part of my quarantine (booking seg) I was celled around the corner from the captins office. I believe I was sick longer than I should've been w/ extreme sickness due to the negligence on behalf of the defendants. More could've been done but instead the focus wasn't on me who was positive, the focus was on everyone not positive & a way to hide the fact they weren't ready for the whole jail to be infected.

**RELIEF REQUESTED**

(State what relief you want from the court.)

Compensated for Pain & Suffering & Punitive damages. I was treated indifferent when I was found Positive for covid by the listed individuals, & I was also treated cruel & unusual, for having covid, I wasn't cared for at all as if it was another form of Punishment.
$1,000,000.00 +

**JURY DEMAND**    Yes ☒    No ☐

X Signed this 26th day of APRIL, 20 21.

X _____
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Neal Hollingsworth | |
| Address: | Telephone Number: |
| 1317 3rd Ave Rock Island IL 61201 | |

8

# Request Report  -  APPEAL

Printed: 4/26/2021 9:23:27AM

| | |
|---|---|
| Request Number: 462660 | Submitted: 4/21/21 12:15 pm |
| Inmate Number: 68141 | Type: SHIFT COMMAND |
| Inmate Secondary Number: 195590 | Sub Type: GRIEVANCE |
| Inmate Name: HOLLINGSWORTH, NEAL EDWA | |
| Initial Location: R DAYROOM 03 1 | Current Location: |

Stamp    Action    Detail                                                                  User

4/21/2021  12:15:17PM
   ORIGINAL REQUEST:
   ON OR ABOUT THE 19TH OF NOVEMBER OF 2020 NURSE LISA HERE AT THE ROCK ISLAND COUNTY
   JAIL CAME TO W BLOCK WITH CORRECTIONAL OFFICER ROLLINS, AND LISA ASKED ME WHAT WAS
   WRONG. I TOLD HER I BELIEVE I HAVE COVID SYMPTOMS. I TOLD HER I WASNT EATING, I HAVE COLD
   AND HOT SWEATS, HEADACHE, NO TASTE, NO SMELL. LISA AND ROLLINS LEFT AND LISA STATED TO
   ME SHE WAS GONNA TALK TO DR. JOSIE. ROLLINS THEN CAME BACK LATER AND TOLD ME TO PACK
   MY STUFF. HE TOOK ME TO BOOKING CELL 5 I BELIEVE. WHICH IS FOR MENTAL HEALTH
   OBSEVATION. WHILE IN THIS CELL BYMYSELF FOR NUMEROUS DAYS I ASKED CORRECTIONAL
   OFFICER OMELA AND SGT ALLEN MULTIPLE TIMES IF I COULD SHOWER AND GET CLEANING
   SUPPLIES TO CLEAN THE CELL. WHILE IN THE DIRTY CELL, THERE WAS BUGS, LEFTOVER FOOD AND
   GARBAGE FROM OTHER INMATES THAT THE INMATES OR CORRECTIONAL OFFICERS NEVER
   CLEANED UP.WHILE I WAS IN THIS CELL OTHER INMATES CAME IN AND OUT OF BOOKING DIFFERENT
   TIMES DAY AND NIGHT WHILE DRUNK AND BELIGERENT. I NEVER GOT MUCH REST. I WAS VERY
   IRRITABLE, UNCOMFORTABLE, VERY COLD, AND HAD A CONSTANT MIGRAINE WHILE IN THIS CELL
   AND LONGER. I WAS REFUSED ANY TYPE OF FLU AND PAIN MEDICATION FRO NUMEROUS NURSES
   SUCH AS MISSIE, LEDA, STEPHANIE AND LISA. NURSE STEPHANIE SWABBED MY NOSE AND MOUTH
   AND CAME BACK WITH A POSITUVE TEST FOR COVID FOR ME. I HAD A TEMPERATURE OF 102
   NOBODY TOOK ME TO THE HOSPITAL, I THOUGHT I WAS GOING TO DIE. I WAS TREATED
   INDIFFERENTLY CONSIDERING THE FACT I WAS THE FIRST MALE TO CATCH COVID IN THIS JAIL. I
   CAUGHT COVID AND GET THROWN IN A DUNGEON. AFTER 5 OR SO DAYS I WAS PUT ON B BLOCK.
   THEY MADE B BLOCK QUARENTINED FOR POSITIVE COVID INMATES. I WAS IN B BLOCK FOR OVER 14
   DAYS SO I WAS TREATED INDIFFERENTLY FOR 20 OR SO DAYS LIKE A ANIMAL. AFTER I WAS
   RELEASED FRO QUARINTEEN B BLOCK, I WAS PLACED ON R BLOCK. R BLOCK IS ATTACHED TO W
   BLOCK WHICH W BLOCK BECAME QUARATINED AFTER I LEFT CAUSE OTHER INMATES ON W BECAME
   ILL WITH COVID, BOTH THESE BLOCKS ARE CONNECTED BY A DOOR WHERE NUMEROUS OFFICERS
   GO IN AND OUT WITH OUT WASHING HANDS OR CHANGING GLOVES WHICH MAY HAVE SPREAD
   COVD. CORRECTIONAL OFFICER WARREN MADE A COMMET TO AN INMATE ONE DAY WHEN HE
   STREESED THE FACT THAT HE HAD COVID, WARREN STATED WE ARNT MOVING ANYBODY CAUSE
   THEI IS NO ROOM AND WOUL HAVE TO CONTRACT THE VIRUS AND BUILD IMMUNITY. THIS DEFINES
   CRUEL AND UNUSUAL PUNISHMENT. I HAVE BEEN DIAGNOSED WITH UPPER RESPIRATORY
   PROBLEMS IN MY PAST. I HAVE ASTHMA. AT THIS POINT THEY MOVED THAT INMATE TO W BLOCK
   CAUSE W BLOCK WAS ALSO A QUARATINE BLOCK. FEW OF MY RIGHT WERE VIOLATED WHEN I
   TESTED POSITIVE FOR COVID HERE AT THE ROCK ISLAND COUNTY JAIL..

4/21/2021  2:05:24PM                                                                          S6622
   GROUP ASSIGNED CHANGED
       TO ADMINISTRATION

4/23/2021  11:41:08AM                                                                         S6111
   CLOSED:
       you were treated as anyone else with Covid.  Cpt. Lape

4/23/2021  9:47:12PM
   INMATE APPEAL:
       NO CAPTAIN LAPE. THE WAY I WAS TREATED, OTHERS WERE TREATED, AND HOW WE SHOULD
       HAVE BEEN TREATED IS CALLED DELIBERATE INDIFFERENCE. LOOK IT UP.

Neal Hol[...]
1317 3rd Ave
Rock Island, IL 61201



QUAD CITIES IL PDF 612
WED 28 APR 2021 PM

Legal*

US District Court
Central District of Illinois
131 E 4th Street Rm 250
Davenport I[...]

```
USDI131   528014051-1321        05/07/21
NOTIFY SENDER OF NEW ADDRESS
:USDI
322 16TH ST
ROCK ISLAND IL 61201-8626
```

THIS CORRESPONDENCE IS FROM
THE ROCK ISLAND COUNTY JAIL